UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 MAR 13 PM 4:01

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

CARLOS LAGUNAS-GARCIA,

           Defendant.

CASE NO. 13CR0092-LAB

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

<u>8:1326(a) and (b) - Removed Alien Found in the United States</u>

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/12/13

                        Mitchell D. Dembin
                        U.S. Magistrate Judge

FILED
MAR 12 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY